# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No.: 23-cr-160-25 (NEB/JFD) |
| | Date: June 22, 2023 |
| Isaiah Bell (25), | Location: 6A, St. Paul |
| | Court Reporter: Lynne Krenz |
| Defendant. | Time: 10:01–10:34 a.m. |

## DETENTION HEARING

**APPEARANCES:**

For Plaintiff: Justin Wesley, Will Mattessich
For Defendant: Kurt Glaser

**PROCEEDINGS**:

The Court held a hearing on Defendant Isaiah Bell's Revised Motion to Reconsider Detention (Dkt. No. 324). Ruling from the bench for the reasons stated on the record, the Court **GRANTED** the request to reopen the question of detention, but **DENIED** Mr. Bell's request for release to the residential inpatient treatment program at Minnesota Adult and Teen Challenge. The Detention Order signed by U.S. Magistrate Judge David T. Shultz (Dkt. No. 230) remains in effect, supplemented by today's additional spoken comments by the Court in support of detention pending trial.

s/ALM
Judicial Law Clerk